DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTIN COUNTY,**
Appellant,

v.

**JUSTIN INDUSTRIES, INC.** d/b/a **R3 RECYCLING,**
Appellee.

No. 4D21-1933

[January 20, 2022]

Appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 43-2018-CA-000638.

Ruth A. Holmes, R. David Arthur and Elysse A. Elder of the Martin County Attorney's Office, Stuart, for appellant.

Jared A. Levy and Arletys Hernandez of Morgan & Morgan, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***